UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 1:01CR11** |
| | ) | |
| vs. | ) | **ORDER TO DESTROY** |
| | ) | **EVIDENCE** |
| **JOHN MARK JOHNSON** | ) | |

**THIS MATTER** is before the Court upon the Government's motion for destruction of evidence in the above-captioned case.

For the reasons stated in the Government's motion and for good cause shown, the Court finds that the firearm, specifically a Colt 22 automatic long rifle pistol, S/N 193298, which is now in the possession of the Newland Police Department, should be destroyed in accordance with the usual procedure for the destruction of such evidence.

**IT IS, THEREFORE, ORDERED** that the Government's motion to destroy evidence is hereby **GRANTED.**

Signed: July 31, 2006

Lacy H. Thornburg
United States District Judge